IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE HENNESSY CAPITAL ACQUISITION CORP. IV STOCKHOLDER LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 245, 2024<br><br>Court Below – Court of Chancery of the State of of the State of Delaware<br><br>C.A. No. 2022-0571 |

Submitted: December 4, 2024
Decided: December 16, 2024

Before **SEITZ**, Chief Justice; **VALIHURA, TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices, constituting Court *en Banc*.

## **O R D E R**

On this 16th day of December 2024, the Court having considered this matter after oral arguments, on the briefs and on the record filed by the parties, has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Opinion dated May 31, 2024.

NOW THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice